UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                                    )
CENTER FOR BIOLOGICAL DIVERSITY,     )
                                                    )
            Plaintiff,                              )
    v.                                              )        Case No. 07-1545
                                                    )
CARLOS M. GUTIERREZ, Secretary, United )        **NOTICE OF APPEARANCE**
States Department of Commerce, NATIONAL )
MARINE FISHERIES SERVICE,                 )
                                                    )
            Defendants.                             )
                                                    )
_____  )

        On behalf of Defendants Carlos M. Gutierrez and the National Marine Fisheries Service,

the United States enters the appearance of Rebecca J. Riley, Trial Attorney, as counsel for this

matter.  Ms. Riley's contact information is as follows:


U.S. Mail                                Telephone
U.S. Department of Justice               202-305-0202
Wildlife & Marine Resources Section
Ben Franklin Station                     Facsimile
P.O. Box 7369                            202-305-0275
Washington, D.C. 20044-7369



Overnight or Hand Delivery               Electronic Mail
U.S. Department of Justice               rebecca.riley@usdoj.gov
Wildlife & Marine Resources Section
601 D Street, N.W., Room 3033
Washington, D.C. 20004

Respectfully submitted this 31st day of August, 2007,

RONALD J. TENPAS
Acting Assistant Attorney General
Environment and Natural Resources
JEAN E. WILLIAMS, Section Chief
LISA L. RUSSELL, Assistant Section Chief

___ s/ Rebecca J. Riley _____
REBECCA J. RILEY, Trial Attorney
IL Bar No. 6284356
U.S. Department of Justice
Environment and Natural Resources
Wildlife and Marine Resources Section
P.O. Box 7369
Washington, DC 20044-7369
(202) 305-0202
(202) 305-0275 (fax)

Attorneys for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on August 31, 2007, I electronically filed the foregoing with the

Clerk of the Court using the CM/ECF system, which will send notification of such to the

attorneys of record.


    s/ Rebecca J. Riley
    REBECCA J. RILEY