UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br><br>Plaintiff,<br>v.<br><br>CARLOS M. GUTIERREZ, Secretary, United States Department of Commerce,<br>NATIONAL MARINE FISHERIES SERVICE,<br><br>Defendant. | Case No. 07-1545 RCL |

ORDER

The terms and conditions of this Stipulated Agreement are hereby adopted as an enforceable ORDER of this Court, and this matter is hereby DISMISSED with prejudice.

_____ SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, on September 26, 2007.