UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, <br><br> Plaintiff, <br> v. <br><br> CARLOS M. GUTIERREZ, Secretary, United States Department of Commerce, <br> NATIONAL MARINE FISHERIES SERVICE, <br><br> Defendant. | Case No. 07-1545 RCL <br><br> **JOINT STIPULATION EXTENDING DEADLINE AND [PROPOSED] ORDER** |

Plaintiff, Center for Biological Diversity, and Defendants, Carlos M. Gutierrez, Secretary, United States Department of Commerce and National Marine Fisheries Service ("NMFS"), by and through their undersigned counsel, state as follows:

WHEREAS, NMFS, pursuant to the ESA, 16 U.S.C. § 1531 et seq., published a final rule listing the Southern DPS of North American green sturgeon (*Acipenser medirostris*) as threatened.  71 Fed. Reg. 17757 (April 7, 2006);

WHEREAS, on August 30, 2007, Plaintiff filed a Complaint for declaratory and injunctive relief, pursuant to the ESA, 16 U.S.C. § 1531 et seq., challenging NMFS's failure to designate critical habitat for, *inter alia*, the Southern DPS of North American green sturgeon;

WHEREAS, on August 31, 2007, the parties filed a stipulated settlement agreement resolving the allegations set forth in the Complaint;

WHEREAS, the parties agreed, subject to certain qualifications, that NMFS would make a determination whether designating critical habitat for the Southern DPS of North American green sturgeon is prudent by April 30, 2008;

WHEREAS, the parties agreed that if NMFS finds that a critical habitat designation for

the green sturgeon is prudent, NMFS shall concurrently submit to the *Federal Register* a proposed critical habitat designation for the green sturgeon and submit to the *Federal Register* a final critical habitat designation for the green sturgeon within one year of submitting the proposed designation;

WHEREAS, on September 26, 2007, the Court signed an order adopting the stipulated settlement agreement and dismissing the case with prejudice;

WHEREAS, NMFS now needs an extension of time to meet its obligations as to the Southern DPS of North American green sturgeon;

NOW, THEREFORE, IT IS STIPULATED BY AND BETWEEN THE PARTIES AS FOLLOWS:

1. The deadline for NMFS to make a determination whether designating critical habitat for the Southern DPS of North American green sturgeon is prudent is extended to September 2, 2008.  Consistent with the language set forth in the stipulated settlement agreement, if NMFS finds that a critical habitat designation for the green sturgeon is prudent, NMFS shall concurrently submit to the *Federal Register* a proposed critical habitat designation for the Southern DPS of North American green sturgeon.

2. The deadline for submitting a final critical habitat designation to the *Federal Register* for the Southern DPS of North American green sturgeon shall be June 30, 2009.

Dated this 7th day of March, 2008        Respectfully submitted,

  /s/ William J. Snape, III (by RJR)
WILLIAM J. SNAPE, III (DC Bar #455266)
CENTER FOR BIOLOGICAL DIVERSITY
5268 Watson Street, NW
Washington, DC 20016
Telephone: (202) 537-3458, (202) 536-9351
Email:  billsnape@earthlink.net

MIYOKO SAKASHITA (CA Bar #239639)
Center for Biological Diversity
San Francisco Bay Area Office
1095 Market Street, Suite 511
San Francisco, CA 94103
Tel: 415-436-9682
Fax: 415-436-9683
Email: miyoko@biologicaldiversity.org

Attorneys for Plaintiff

RONALD J. TENPAS
Assistant Attorney General
Environment and Natural Resources
JEAN E. WILLIAMS, Section Chief
LISA L. RUSSELL, Assistant Section Chief

  /s/ Rebecca J. Riley
REBECCA J. RILEY, Trial Attorney
IL Bar No. 6284356
U.S. Department of Justice
Environment and Natural Resources
Wildlife and Marine Resources Section
P.O. Box 7369
Washington, DC 20044-7369
(202) 305-0202
(202) 305-0275 (fax)

Attorneys for Defendants

**[PROPOSED] ORDER**

      The terms and conditions of this Joint Stipulation are hereby adopted as an enforceable ORDER of this Court.

Dated:  this _____ day of _____ 2008.

 

                                                    _____
                                                  United States District Judge

## CERTIFICATE OF SERVICE

     I hereby certify that on March 7, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such to the attorneys of record.

                                                      /s/ Rebecca J. Riley
                                                      REBECCA J. RILEY